FILED

11/27/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0506

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0506

STATE OF MONTANA,

Plaintiff and Appellee,

v.

EDWARD JEFFREY ALLEN,

Defendant and Appellant.

## ORDER

Pursuant to Appellant's motion for extension of time, and good cause appearing,

IT IS ORDERED that Appellant is given an extension of time until January 3, 2024, to prepare, file, and serve the Appellant's reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 27 2023